**ELITE LICENSING, INC.,**
**Plaintiff–Appellee,**

v.

**THOMAS PLASTICS, INC. (doing business as Merchandising Resources, Inc.), Larry Schwarz, the Linder Group, and Nathan Linder, Defendants–Appellants,**

**and**

**Mimet, S.A., Defendant,**

**Thomas Plastics, Inc. (doing business as Merchandising Resources, Inc.), Plaintiff–Appellant,**

v.

**Elite Licensing, Inc. and Moshe Horowitz, Defendants–Appellees.**

No. 03–1309.

United States Court of Appeals, Federal Circuit.

March 22, 2004.

Martin B. Pavane, Principal Attorney, Roger Sherman Thompson, of Counsel,

Cohen, Pontani, New York, NY, Plaintiff–Appellee.

Richard S. Ross, Principal Attorney, Law Offices, Ft. Lauderdale, FL, Arthur M. Lieberman, of Counsel, Dickstein Shapiro, New York, NY, for Defendants–Appellants.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).